## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Adrienne Jackson<br>    aka Adrienne Maiatico<br>    aka Adrienne T Jackson<br>    aka Adrienne T Maiatico<br><br><br>                Debtor | CHAPTER 13<br><br>BKY. NO. 18-15097 REF |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                              Respectfully submitted,
                              **/s/ Kevin G. McDonald, Esquire**
                              Kevin G. McDonald, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322