UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ADRIENNE JACKSON | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No: 18-15097 REF |

## **ORDER**

    AND NOW, upon the motion of Debtor to avoid an alleged judicial lien (2018-N-0203 in the Court of Common Pleas of Lehigh County, Pennsylvania) of Discover Bank in Debtor's exempt personal property located at Branch Banking and Trust Company, and real property located at 351 Hopewell Drive, Allentown, PA 18109 and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1)(A), and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

    IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of Discover Bank, if any, in Debtor's personal property located in Branch Banking and Trust Company and real property located at 351 Hopewell Drive, Allentown, PA 18109 is avoided to the extent it impairs Debtor's exemption.

    IT IS FURTHER ORDERED, pursuant to 11 U.S.C.§349(b)(1)(B), that dismissal of this case reinstates any lien avoided under Section 522.

BY THE COURT

**Date: September 9, 2018**

_____
RICHARD E. FEHLING
United States Bankruptcy Judge