United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-15097-ref
Adrienne Jackson  Chapter 13
   Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4  User: Lisa  Page 1 of 1  Date Rcvd: Sep 10, 2018
  Form ID: pdf900  Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.
db  Adrienne Jackson,   351 Hopewell Dr,   Allentown, PA  18104-8502
14193967  Discover Bank,   C/O Weltman Weinberg & Reis,   170 S. Ind Mall W, Ste 874W,    Philadelphia, PA 19106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14193968  E-mail/Text: bankruptcy@bbandt.com Sep 11 2018 02:13:10  Branch Banking and Trust Co.,    Attn: Karen McLean,   PO Box 1489,   Lumberton, NC 28359
14175385  E-mail/Text: mrdiscen@discover.com Sep 11 2018 02:13:08  Discover Bank,    6500 New Albany Rd E,   New Albany, OH  43054-8730
  TOTAL: 2

  ***** BYPASSED RECIPIENTS *****
NONE.  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:
  KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
  LYNN E. FELDMAN    on behalf of Debtor Adrienne  Jackson feldmanfiling@rcn.com
  United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
  WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
  WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
  TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: ADRIENNE JACKSON　　　　:　　Chapter 13
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　Debtor　　　　　　　　　:　　Bankruptcy No: 18-15097 REF

## ORDER

　　　　AND NOW, upon the motion of Debtor to avoid an alleged judicial lien (2018-N-0203 in the Court of Common Pleas of Lehigh County, Pennsylvania) of Discover Bank in Debtor's exempt personal property located at Branch Banking and Trust Company, and real property located at 351 Hopewell Drive, Allentown, PA 18109 and upon Debtor having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(f)(1)(A), and upon Debtor having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed.

　　　　IT IS HEREBY ORDERED that the motion is granted by default and the above judicial lien of Discover Bank, if any, in Debtor's personal property located in Branch Banking and Trust Company and real property located at 351 Hopewell Drive, Allentown, PA 18109 is avoided to the extent it impairs Debtor's exemption.

　　　　IT IS FURTHER ORDERED, pursuant to 11 U.S.C.§349(b)(1)(B), that dismissal of this case reinstates any lien avoided under Section 522.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT

**Date: September 9, 2018**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD E. FEHLING
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge