Certificate Number: 05781-PAE-DE-031633026

Bankruptcy Case Number: 18-15097



05781-PAE-DE-031633026

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 18, 2018, at 10:23 o'clock AM PDT, ADRIENNE Jackson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 18, 2018              By:    /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title: President