**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ADRIENNE JACKSON     :     Bankruptcy No. 18-15097 REF
                                              :
                                              :
        Debtor                      :     Chapter 13

## **PRAECIPE**

TO THE CLERK:

      Kindly withdraw the from the docket entry # 23 "Response to Motion for Relief from Stay".

DATE*: December 17, 2018*                  BY:    */s/ Lynn E. Feldman, Esquire*
                                                                               Lynn E. Feldman, Esquire
                                                                               Chapter 7 Trustee
                                                                               PA   I.D. No. 35996
                                                                               221 N. Cedar Crest Blvd.
                                                                               Allentown, PA  18104
                                                                               (610) 530-9285