United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-15097-ref
Adrienne Jackson                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: Keith              Page 1 of 2                Date Rcvd: Dec 19, 2018
                               Form ID: pdf900          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
db              Adrienne Jackson,    351 Hopewell Dr,    Allentown, PA  18104-8502
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
14202297        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
14177763       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,   Southfield MI 48034-8331
14175384        Credit Acceptance Corporation,    PO Box 513,    Southfield, MI  48037-0513
14175386       +DSNB Macys,    PO Box 8218,    Mason, OH 45040-8218
14211485        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14193967        Discover Bank,    C/O Weltman Weinberg & Reis,    170 S. Ind Mall W, Ste 874W,
                 Philadelphia, PA 19106
14175387        First Federal Credit Control Inc,    2470 Chagrin Blvd #205,    Cleveland, OH  44122
14175388        KML Law Group,    701 Market St,    Ste 5000-BNY Mellon Independence Center,
                 Philadelphia, PA  19106-1538
14175391        Lehigh Valley Educators CU,    PO Box 4388 Box 4388,    Allentown, PA  18105-4388
14190337       +Lehigh Valley Educators Credit Union,    3720 Hamilton Blvd.,    Allentown, PA 18103-4503
14175393        PNC Bank,    3232 Newmark Dr,    Miamisburg, OH  45342-5421
14180243       +PNC Bank National Association,    c/o Kevin G. McDonald, Esq,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
14208639       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14175394        PSECU,    PO Box 1006,    Harrisburg, PA  17108-1006
14175395        TD Bank USA/Target Credit,    3701 Wayzata Blvd,    Minneapolis, MN  55416-3401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2018 02:45:10      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
14206660       +E-mail/Text: g20956@att.com Dec 20 2018 02:45:31      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14193968        E-mail/Text: bankruptcy@bbandt.com Dec 20 2018 02:44:37      Branch Banking and Trust Co.,
                 Attn: Karen McLean,    PO Box 1489,    Lumberton, NC 28359
14180388       +E-mail/Text: bankruptcy@bbandt.com Dec 20 2018 02:44:37      BB&T, Bankruptcy Section,
                 100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
14175382        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2018 02:50:31      Capital One Bank,
                 4851 Cox Rd,    Glen Allen, VA  23060-6293
14187581        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2018 02:50:44
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14175383        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 20 2018 02:50:30      Capital One Bank USA,
                 PO Box 30281,    Salt Lake City, UT  84130-0281
14175385        E-mail/Text: mrdiscen@discover.com Dec 20 2018 02:44:30      Discover Bank,
                 6500 New Albany Rd E,    New Albany, OH  43054-8730
14180805        E-mail/Text: mrdiscen@discover.com Dec 20 2018 02:44:30      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14175389        E-mail/Text: bnckohlsnotices@becket-lee.com Dec 20 2018 02:44:31      Kohls/Capital One,
                 PO Box 3115,    Milwaukee, WI  53201-3115
14175390        E-mail/Text: bnc-capio@quantum3group.com Dec 20 2018 02:44:57
                 Law Offices Of Mitchell D Bluhm & Assoc,    PO Box 3269 Box 3269,   Sherman, TX  75091-3269
14196931        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2018 02:44:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14192135        E-mail/Text: bnc-quantum@quantum3group.com Dec 20 2018 02:44:41
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,   Kirkland, WA  98083-0788
14196792       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 20 2018 02:50:48      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14212026       +E-mail/Text: bncmail@w-legal.com Dec 20 2018 02:45:05      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14175392      ##+Michael Dougherty, Esq,    325 Chestnut St Ste 501,    Philadelphia, PA 19106-2605
                                                                                               TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Keith              Page 2 of 2                  Date Rcvd: Dec 19, 2018
                              Form ID: pdf900          Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    on behalf of Debtor Adrienne   Jackson feldmanfiling@rcn.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    ecfmail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                            TOTAL: 5
```

**United States Bankruptcy Court**
**Eastern District of Pennsylvania, Reading Division**

IN RE: | Case No. **4:18-bk-15097**
---|---

**Jackson, Adrienne** | Chapter **13**

Debtor(s)

## ORDER UPON CONVERSION OF CASE UNDER CHAPTER 13
## TO CASE UNDER CHAPTER 7 BY DEBTOR

The debtor has filed a notice of conversion in accordance with 11 U.S.C. § 1307(a) converting this case to a chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

**IT IS ORDERED THAT:**

1. The chapter 13 trustee within 30 days of the date of this order shall file an accounting of all receipts and distributions made, together with a schedule of all unpaid debts incurred after the commencement of the chapter 13 case, as required by Bankruptcy Rule 1019(6).

2. The chapter 13 trustee forthwith shall turn over to the chapter 7 trustee all records and property of the estate remaining in the chapter 13 trustee's custody and control, as required by Bankruptcy Rule 1019(5).

3. The debtor within 15 days of the date of this order shall file the statements and schedules required by Bankruptcy Rules 1019(1)(A) & 1007(c), if such documents have not already been filed.

4. The debtor within 30 days of the date of this order shall if the case is converted after the confirmation of a plan, file:
   a. a schedule of all property not listed in the final report and account of the chapter 13 case but before the entry of this conversion order,
   b. a schedule of executory contracts entered into or assumed after the commencement of the chapter 13 case but before the entry of this conversion order, and
   c. a schedule of unpaid debts not listed in the final report and account of the chapter 13 trustee which were incurred after the commencement of the chapter 13 case but before the entry of this conversion order, as required by Bankruptcy Rule 1019(6); and
   d. a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. § 521(2)(A), and Bankruptcy Rule 1019(1)(B), and conforming to Official Form 8A.

5. [Other provisions as needed]

**Date: December 19, 2018**

_Date_ | _Bankruptcy Judge_
---|---