United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-15097-ref
Adrienne Jackson                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: Lisa              Page 1 of 2                  Date Rcvd: Dec 20, 2018
                               Form ID: 309A           Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
db              Adrienne Jackson,    351 Hopewell Dr,    Allentown, PA 18104-8502
tr             +MICHAEL H KALINER,    Michael H. Kaliner Trustee,    350 South Main Street,    Suite 105,
                 Doylestown, PA 18901-4872
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14177763       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14175384        Credit Acceptance Corporation,    PO Box 513,    Southfield, MI 48037-0513
14211485        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14193967        Discover Bank,    C/O Weltman Weinberg & Reis,    170 S. Ind Mall W, Ste 874W,
                 Philadelphia, PA 19106
14175387        First Federal Credit Control Inc,    2470 Chagrin Blvd #205,    Cleveland, OH 44122
14175388        KML Law Group,    701 Market St,    Ste 5000-BNY Mellon Independence Center,
                 Philadelphia, PA 19106-1538
14175391        Lehigh Valley Educators CU,    PO Box 4388 Box 4388,    Allentown, PA 18105-4388
14190337       +Lehigh Valley Educators Credit Union,    3720 Hamilton Blvd.,    Allentown, PA 18103-4503
14175393        PNC Bank,    3232 Newmark Dr,    Miamisburg, OH 45342-5421
14180243       +PNC Bank National Association,    c/o Kevin G. McDonald, Esq,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
14208639       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14175394        PSECU,    PO Box 1006,    Harrisburg, PA 17108-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: feldmanfiling@rcn.com Dec 21 2018 02:46:33      LYNN E. FELDMAN,
                 Feldman Law Offices,    221 N. Cedar Crest Boulevard,    Allentown, PA 18104
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2018 02:47:29      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 21 2018 02:47:17      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14206660       +EDI: CINGMIDLAND.COM Dec 21 2018 12:54:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
                 KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
14193968        E-mail/Text: bankruptcy@bbandt.com Dec 21 2018 02:46:50      Branch Banking and Trust Co.,
                 Attn: Karen McLean,    PO Box 1489,    Lumberton, NC 28359
14180388       +E-mail/Text: bankruptcy@bbandt.com Dec 21 2018 02:46:50      BB&T, Bankruptcy Section,
                 100-50-01-51,    P.O. Box 1847,    Wilson, NC 27894-1847
14175382        EDI: CAPITALONE.COM Dec 21 2018 12:56:00      Capital One Bank,    4851 Cox Rd,
                 Glen Allen, VA 23060-6293
14187581        EDI: CAPITALONE.COM Dec 21 2018 12:56:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
14175383        EDI: CAPITALONE.COM Dec 21 2018 12:56:00      Capital One Bank USA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
14202297        EDI: BL-BECKET.COM Dec 21 2018 12:57:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
14175385        EDI: DISCOVER.COM Dec 21 2018 12:55:00      Discover Bank,    6500 New Albany Rd E,
                 New Albany, OH 43054-8730
14175386       +EDI: TSYS2.COM Dec 21 2018 12:55:00      DSNB Macys,    PO Box 8218,    Mason, OH 45040-8218
14180805        EDI: DISCOVER.COM Dec 21 2018 12:55:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
14175389        EDI: CBSKOHLS.COM Dec 21 2018 12:55:00      Kohls/Capital One,    PO Box 3115,
                 Milwaukee, WI 53201-3115
14175389        E-mail/Text: bncnotices@becket-lee.com Dec 21 2018 02:46:44      Kohls/Capital One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
14175390        EDI: CAPIO.COM Dec 21 2018 12:56:00      Law Offices Of Mitchell D Bluhm & Assoc,
                 PO Box 3269 Box 3269,    Sherman, TX 75091-3269
14196931        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2018 02:47:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14192135        EDI: Q3G.COM Dec 21 2018 12:53:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
14196792       +EDI: AIS.COM Dec 21 2018 12:54:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14212026       +E-mail/Text: bncmail@w-legal.com Dec 21 2018 02:47:22      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14175395        EDI: WTRRNBANK.COM Dec 21 2018 12:55:00      TD Bank USA/Target Credit,    3701 Wayzata Blvd,
                 Minneapolis, MN 55416-3401
                                                                                              TOTAL: 21

```
District/off: 0313-4          User: Lisa              Page 2 of 2                Date Rcvd: Dec 20, 2018
                              Form ID: 309A           Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
14175392      ##+Michael Dougherty, Esq,   325 Chestnut St Ste 501,   Philadelphia, PA 19106-2605
                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    on behalf of Debtor Adrienne   Jackson feldmanfiling@rcn.com
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
                ECF_FRPA@Trustee13.com
                                                                                            TOTAL: 5
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Adrienne Jackson** | Social Security number or ITIN | xxx–xx–4097 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **8/2/18** |
| Case number: | **18–15097–ref** | Date case converted to chapter **7** | **12/19/18** |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Adrienne Jackson | |
| 2. | **All other names used in the last 8 years** | aka Adrienne Maiatico, aka Adrienne T Jackson, aka Adrienne T Maiatico | |
| 3. | **Address** | 351 Hopewell Dr<br>Allentown, PA 18104–8502 | |
| 4. | **Debtor's attorney**<br>Name and address | LYNN E. FELDMAN<br>Feldman Law Offices<br>221 N. Cedar Crest Boulevard<br>Allentown, PA 18104 | Contact phone (610) 530–9285<br><br>Email:  feldmanfiling@rcn.com |
| 5. | **Bankruptcy trustee**<br>Name and address | MICHAEL H KALINER<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 | Contact phone 215–230–4250<br><br>Email:  mhkaliner@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 12/20/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 25, 2019 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Allentown Federal Courthouse, 504 W. Hamilton Street, Allentown, PA 18101** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/26/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |