IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE Eastern DISTRICT OF PENNSYLVANIA

**ADRIENNE JACKSON**

                                          Case No. 18-15097-REF

    Debtors                                   Chapter 13

## NOTICE TO WITHDRAW PROOF OF CLAIM

I, **M. Joy Melton** of **Branch Banking and Trust Co.,** do hereby wish to withdraw the balance of the following claim:

    Claim Number:    **4**

    Amount of Claim: **$4.66**

    Date Claim was Filed:   **08/13/2018**

    Reason for withdrawing claim: **Account was paid in full**


                                          /s/M. Joy Melton
                                        **CREDITOR SIGNATURE**
                                        **BB&T Bankruptcy Section**
                                        **PO Box 1847 Wilson, NC 27894**
                                        **Phone: 866-813-1624**
                                        **Email: jmelton@bbandt.com**

BB&T Confidential